

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00586-CV

**NINJA JUMP, INC**.,
Appellant

v.

Luz **LOBO** and Jorge Lobo, Individually, and as next friend of Aaron Joshua Lobo, a minor,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04073
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. The costs of this appeal are taxed against the party which incurred them.

SIGNED December 13, 2017.

_____
Irene Rios, Justice